THE STATE OF SOUTH CAROLINA

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Anthony Doyle Derrick,       
Appellant.
 
 
 

Appeal From Cherokee County
Gary E. Clary, Circuit Court Judge

Unpublished Opinion No. 2003-UP-523
Submitted July 1, 2003  Filed September 
 2, 2003  

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Wanda H. Haile, Office of Appellate 
 Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka, 
 all of Columbia; and Solicitor Harold W. Gowdy, III, of Spartanburg, for Respondent.
 
 
 

PER CURIAM:  Anthony Doyle Derrick appeals 
 his conviction for possession with intent to distribute crank.  Derricks appellate 
 counsel has petitioned to be relieved as counsel, stating he has reviewed the 
 record and has concluded Derricks appeal is without merit.  The issue briefed 
 by counsel concerns whether the trial court erred in allowing the State to exercise 
 a premptory challenge in an allegedly discriminatory manner.  In a pro se 
 brief, Derrick argues error on the part of his trial counsel.  
After a review of the record as required 
 by Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable 
 issues that are arguable on their merits.  Accordingly, we dismiss Derricks 
 appeal and grant counsels petition to be relieved.[1]
APPEAL DISMISSED.
GOOLSBY, BEATTY, and KITTREDGE, JJ., concur

 
           
 [1]  Because oral argument would not aid the court in resolving 
 the issues on appeal, we decide this case without oral argument pursuant to 
 Rules 215 and 220(b)(2), SCACR.